United States Bankruptcy Court
Central District of California

In re:  
Magdalena Gallego Lazo  
      Debtor

Case No. 18-18500  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: kcollinsC     Page 1 of 1     Date Rcvd: Jul 24, 2018  
                   Form ID: ccdn     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db        +E-mail/PDF: magslazo@gmail.com Jul 25 2018 03:07:29      Magdalena Gallego Lazo,    2631 Range Rd,  
        Los Angeles, CA 90065-5128  
                                                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:  
           United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                                                                                                                                       TOTAL: 1

| In re:<br>Magdalena Gallego Lazo | **United States Bankruptcy Court**<br>**Central District of California** |
|---|---|
| | CHAPTER NO.: 13 |
| | CASE NO.: 2:18–bk–18500 |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and FRBP 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☒ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)
☒ Verification of Master Mailing List of Creditors [LBR 1007–1(a)] (LBR Form F1007–1)

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

   Chapter 13     Original only

**Please return the original or copy of this form with all required items to the following location:**

   255 E. Temple Street, Room 100, Los Angeles, CA 90012

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>July 24, 2018</u>                                                         For the Court
                                                                                     **Kathleen J. Campbell**
                                                                                     Clerk of Court

(Form ccdn – Rev 01/2018)                                                           **1 / KSC**